for an order adjudging defendants in contempt affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

WILLIAM VAN DE SANDT, INC., Respondent, v. SAMUEL J. REID, Appellant. SAMUEL J. REID, Appellant, v. WILLIAM VAN DE SANDT, INC., Respondent.— Order denying, on reargument, motion to consolidate actions reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, in the exercise of discretion. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DUPLEX MOTION PICTURE INDUSTRIES, INC., and Others, Appellants; INTER-CONTINENTAL FILM LABORATORIES, INC., and Another, Defendants. In the Matter of the Application of HENRY A. SIEBRECHT, a Stockholder and Bondholder of the DUPLEX MOTION PICTURE INDUSTRIES, INC., One of the Above Named Defendants, in His Own Behalf and in Behalf of Others Similarly Situated, for Leave to Intervene as a Party Plaintiff Herein, and Praying for the Appointment of a Permanent Receiver of the Said DUPLEX MOTION PICTURE INDUSTRIES, INC.— Motion for stay denied. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

BROOKLYN WINDSHIELD CORPORATION, Respondent, v. WILLIAM ROSENBLATT, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, as Trustee, etc., Respondent, v. FREDERICK MCHENRY KITCHING and Others, Appellants; ELIZABETH SPENCER and Others, Defendants.— Motion to dismiss appeals denied. Present — Lazansky, P. J., Young, Carswell and Scudder, JJ.; Davis, J., taking no part.

THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, as Trustee, etc., Respondent, v. FREDERICK MCHENRY KITCHING and Others, Appellants; ELIZABETH SPENCER and Others, Defendants.— It appearing that the appellants' neglect to file the notice of appeal herein with the county clerk was excusable, permission is hereby granted to file such notice with the county clerk within five days after the entry of the order herein, pursuant to section 107 of the Civil Practice Act. Present — Lazansky, P. J., Young, Carswell and Scudder, JJ.; Davis, J., taking no part.

THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, as Trustee, etc., Respondent, v. FREDERICK MCHENRY KITCHING and Others, Defendants; SAMUEL MEYERS, Appellant.— It appearing that the appellant's neglect to file the notice of appeal herein with the county clerk was excusable, permission is hereby granted to file such notice with the county clerk within five days after the entry of the order herein, pursuant to section 107 of the Civil Practice Act. Present — Lazansky, P. J., Young, Carswell and Scudder, JJ.; Davis, J., taking no part.

CHARLOTTE MARIE FELLER, as Administratrix, etc., of LEONARD WILLIAM FELLER, Deceased, Respondent, v. THOMAS B. PATON, Appellant.— Motion for stay denied. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

GOTHAM CONSTRUCTION CORPORATION, Appellant, v. THE CITY OF NEW YORK, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Scudder and Davis, JJ.